DARIAN ALYSSA SMITH
36 CUBLEYS TRAIL
HATTIESBURG, MS 39401

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AIDVANTAGE
PO BOX 300001
GREENVILLE, TX 75403

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CAVALRY SPV I
P.O. BOX 4252
GREENWICH, CT 06831-2200

CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104

CREDIT COLLECTION
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

FST PREMIER
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

JEFFERSON CAPITAL SYSTEMS, LLC
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS, TN 38187

NELNET
PO BOX 82561
LINCOLN, NE 68501

STEPHANIE HOLTON
200 WILSON DR
PETAL, MS 39365

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 955060
ORLANDO, FL 32896-5060

TARGET
PO BOX 9475
MINNEAPOLIS, MN 55440

USAA FEDERAL
ATTN: BANKRUPTCY
9800 FREDERICKSBURG RD
SAN ANTONIO, TX 78288

VANDERBILT MORTGAGE
ATTN: BANKRUPTCY
PO BOX 9800
MARYVILLE, TN 37802

WITH U LOANS
10600 S PENNSYLVAIA AV
STE 16 #828
OKLAHOMA CITY, OK 73170-4257